AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
06/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
06/10/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

United States of America

v.

Rene LUNA,

Defendant

Case No.   8:25-mj-00479-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 9, 2025 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Mario Villa
Complainant's signature

Mario Villa, Special Agent (HSI)
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 06/10/2025

/s/ Autumn D. Spaeth
Judge's signature

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Brian Yang

## **AFFIDAVIT**

I, Mario Villa, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint for Rene LUNA ("LUNA") for violating Title 18, United States Code, Section 111(a) (Assault on a Federal Officer), a misdemeanor.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are on or about those indicated.

### II. **BACKGROUND OF SPECIAL AGENT MARIO VILLA**

3. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been since April 2024. I am currently assigned to the Orange County, California, Field Office.

4. As part of my daily duties as an HSI Special Agent, my responsibilities include the investigation of criminal violations, to include violations related to assault on federal officers. I have also received training and have conducted

and/or assisted in investigations involving the violation of laws pertaining to drug trafficking, immigration violations, and human smuggling.  I am a graduate of the Criminal Investigator Training Program and the HSI Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior to my career as an HSI Special Agent, I was employed by the United States Border Patrol ("USBP") as a Border Patrol Agent.  I was employed with the USBP since May 2020.

### III. STATEMENT OF PROBABLE CAUSE

5.   Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Protest at HSI Office in Santa Ana, California**

6.   At approximately 12:52 PM PST, on Monday, June 9, 2025, a group of individuals began to gather in front of the Ronald Reagan Federal Building, hereinafter referred to as the "Building" located at 34 Civic Center Plaza, Santa Ana, California.  The Building is a clearly marked federal building housing multiple federal agencies including HSI and Immigration Customs Enforcement ("ICE"), Enforcement Removal Operations ("ERO"). The group of individuals appeared to be gathering to protest federal immigration enforcement operations that took place over the weekend of June 6, 2025.  The size of the group grew steadily, and eventually individuals in the group turned violent and began throwing rocks, plastic bottles full of fluids, glass bottles, beer cans, and unknown explosive devices

similar to "firecrackers". As a result, officers from the ERO Special Response Team ("SRT") were mobilized to respond to the scene and prevent the violent agitators from continuing to assault federal agents and officers.

7. According to my observations when I responded to the scene, I observed several individuals within the crowd throwing rocks and other projectiles at agents and officers who were standing between the sidewalk of Civic Center Plaza and the front entrance of the Building. I saw a male, later identified as LUNA, who had long grey hair and wearing a black t-shirt and black skinny jeans, throwing plastic water bottles full of unknown liquids, at the agents and officers standing to my left and right. I saw LUNA appear from behind a wall approximately fifteen (15) yards to my front and to my right, throw a plastic water bottle with unknown liquid, hide behind the wall, come out of from behind the wall, and throw more projectiles on several occasions. According to multiple law enforcement sources, LUNA was seen walking around from east to west on Civic Center Plaza yelling at law enforcement, using profanity and threatening language towards law enforcement, and attempting to agitate the crowd.

8. In the wake of the arrest of LUNA, I approached ICE ERO SRT Officer San Martin who was positioned outside the office complex.

**B.   LUNA Throws Water Bottles and Beer Cans at Law Enforcement**

9.   According to Officer San Martin, as the protest went on and as individuals threw objects at the agents and officers in front of the Building, San Martin saw LUNA throw water and beer towards the officers in front of the building.

### IV. CONCLUSION

10.  For all the reasons described above, there is probable cause to believe that LUNA committed a violation of Title 18, United States Code, Section 111(a) (Assault on a Federal Officer), a misdemeanor.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  10  day of June
2025.


_____/s/ Autumn D. Spaeth_____
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

4